IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02724-ZLW-CBS

RONNIE LEE RAILE,

    Plaintiffs,

v.

MICHAEL INLOW,

    Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to and in accordance with the Joint Stipulation For Dismissal Without Prejudice (Doc. No. 54), it is

ORDERED that the Complaint and cause of action are dismissed without prejudice, the parties to pay their own costs and attorney's fees.

DATED at Denver, Colorado this 31st day of March, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court